# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BOBBY RAY ANDREWS                                                                                     PLAINTIFF
ADC #143401

v.                                              3:20-cv-00270-JM-JJV

KEITH BOWERS                                                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Bobby Ray Andrews ("Plaintiff") filed this action on September 4, 2020  alleging violations of his constitutional rights.  (Doc. No. 2.)  On November 12, 2020, mail sent by the Court to Plaintiff at his address of record was returned as undeliverable with a notation on the

envelope "TRS Not Here." (Doc. No. 13.) On November 13, 2020, I directed Plaintiff to update his address with the Court within 30 days. (Doc. No. 14.)

More than thirty days have now passed from the entry of my November 13, 2020 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that failure to comply with the November 13 Order could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that the Court DISMISS without prejudice Plaintiff's complaint under Local Rule 5.5(c)(2) and for failure to prosecute under Federal Rule of Civil Procedure 41(b), and CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of December 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE