IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOBBY RAY ANDREWS**  **PLAINTIFF**
**ADC #143401**

v.   CASE NO: 3:20-cv-00270-JM-JJV

**KEITH BOWERS**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE under Local Rule 5.5(c)(2) and for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE