**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BOBBY RAY ANDREWS**                                                                    **PLAINTIFF**
**ADC #143401**

**v.**                              **CASE NO:  3:20-cv-00270-JM-JJV**

**KEITH BOWERS**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 5th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE